UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:18-MJ-1419

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL INFORMATION |
| JESSICA X. RAMIREZ ) | |
| ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about September 16, 2017, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JESSICA X. RAMIREZ, did forcibly assault, resist, oppose, impede, intimidate, or interfere with a Federal Official while engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT TWO

THAT, on or about September 16, 2017, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JESSICA X. RAMIREZ, did willfully assault an individual with a deadly weapon, to wit: struck another person with a knife, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statue 14-33(c)(1).

## COUNT THREE

THAT, on or about September 16, 2017, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JESSICA X. RAMIREZ, did present himself in a public place in an intoxicated and disruptive condition, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-444(a).

ROBERT J. HIGDON, JR.
UNITED STATES ATTORNEY

BY: /s/
ANDREW M. HOPKINS
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222